Jose RESOLME, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 01–3044.

United States Court of Appeals, Federal Circuit.

Jan. 18, 2001.

*ORDER*

On December 4, 2000, the court issued an order directing "Resolme ... to show

cause within 30 days why the Board's decision should not be summarily affirmed". The petitioner has failed to respond to that order.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The Board's decision is summarily affirmed.

(2) Resolme's motion for leave to proceed in forma pauperis is moot.

(3) Each side shall bear its own costs.